UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MARIE PEREIRA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. 1:20-cv-00567-DAD-BAM (SS)<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 16) |

On February 24, 2021, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 16.) The parties agree that on remand, the Commissioner will conduct any necessary further proceedings, including but not limited to re-evaluating the medical evidence and opinion evidence, and issue a new decision. (*Id.* at 1.)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the

/////

/////

/////

/////

1

1  terms of the parties' stipulation.  The Clerk of the Court is directed to enter final judgment in
2  favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.
3  IT IS SO ORDERED.

   Dated:   **March 2, 2021**                    /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE